UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 18 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DEBORAH DIANE FLETCHER, )
)
Plaintiff, )
)
v. ) Civil Action No. 12 2022
)
COURTYARD MANOR, )
)
Defendant. )

## MEMORANDUM OPINION

"Plaintiff has strong reasons to believe that someone have [sic] control [over her] PC-Notebook," and that this person entered her room and destroyed data. Compl. at 2 (page number designated by the Court). She asks the Court "to check the security system . . . to see just who has been doing these things." *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint sets forth no federal question. Although the parties appear to be citizens of different states, the complaint makes no demand for damages, and the Court is unable to determine whether the matter in controversy exceeds the $75,000 threshold. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE:
12/12/12

_____
United States District Judge